```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　-v-<br><br>A360 MEDIA LLC,<br><br>　　　　Defendant. | 23-cv-11024 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On January 8, 2024, plaintiff's counsel informed the Court that plaintiff would like to withdraw the motion to proceed pseudonymously. See ECF No. 4. Accordingly, plaintiff's motion to proceed pseudonymously is denied as moot. On consent of defense counsel, plaintiff will have until January 26, 2024, to file an amended complaint.

The Clerk of Court is respectfully directed to close docket entry number 4.

SO ORDERED.

New York, NY
January 8, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.