```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> -v- <br><br> A360 MEDIA LLC, <br><br> Defendant. | 23-cv-11024 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

On January 8, 2024, the Court denied plaintiff's motion to proceed pseudonymously as moot, after plaintiff withdrew the motion. See 1/8/24 Order, ECF No. 41. When plaintiff's motion to proceed pseudonymously was still pending, defendant filed a motion to file certain documents under seal to protect plaintiff's identity. See Def. Mot. for Leave to File Under Seal, ECF No. 21. Because plaintiff's motion to proceed pseudonymously has now been denied, defendant's motion to file certain documents under seal is also denied.

The Clerk of Court is respectfully directed to unseal docket entry number 20 and is directed to close docket entry number 21.

SO ORDERED.

New York, NY
January 11, 2024

_____
JED S. RAKOFF, U.S.D.J.

1