UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMANDA BLOOM,

    Plaintiff,

-v-

A360 MEDIA LLC,

    Defendant.

---

23-cv-11024 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On August 18, 2023, defendant, A360 Media LLC, moved to dismiss the complaint or in the alternative to transfer venue to the Southern District of New York. See ECF No. 19. The Court then ordered supplemental briefing on whether to dismiss the Amended Complaint, which was filed before the Court decided defendant's motion to dismiss the initial complaint. Upon consideration of the parties' written submissions and oral argument, the Court hereby grants defendant's motion to dismiss. An opinion explaining the reasoning for this decision will follow in due course, at which time final judgment will be entered.

    SO ORDERED.

New York, NY
March 13, 2024

                                           JED S. RAKOFF, U.S.D.J.