**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
AMANDA BLOOM,

                    Plaintiff,

      -against-                                            23 **CIVIL** 11024 (JSR)

                                                                    **JUDGMENT**

A360 MEDIA LLC,

                    Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated June 3, 2024, the Court has hereby dismissed the

amended complaint with prejudice. Final judgment is entered; accordingly, the case is closed.

**Dated:**  New York, New York

      June 4, 2024

                                                **RUBY J. KRAJICK**

                                           _____

                                              **Clerk of Court**

                            **BY:**          K. mango

                                              _____

                                              **Deputy Clerk**